IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LAWRENCE EDWARD THOMPSON, | § | |
| Plaintiff, | § | |
| V. | § | C.A. NO. C-09-12 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| Defendant. | § | |

**MEMORANDUM OPINION AND ORDER OF TRANSFER**

In this action plaintiff, an inmate currently residing in TDCJ's Darrington Unit, complains of the failure of the Commissioner of Social Security to grant him benefits (D.E. 1). The Darrington Unit is located in Brazoria County which is in the Galveston Division of the Southern District of Texas. 28 U.S.C. § 124(d)(1).

Venue in a case filed against an officer or employee of the United States or any agency lies in: (1) the district in which any defendant resides; (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred; or (3) the district in which the plaintiff resides if no real property is involved in the action. 28 U.S.C. § 1391(e). A district court has the authority to transfer a case in the interest of justice to another district or division in which the action might have been brought. 28 U.S.C. §§ 1404, 1406; Balawajder v. Scott, 160 F.3d 1066, 1067 (5th Cir. 1998). This case has no apparent connection to the Corpus Christi Division of the Southern District of Texas. The defendant can be found in Washington, D.C., and there is no indication that any events or omissions giving rise to the claim occurred in this division. On the other hand, the plaintiff resides in

the Galveston Disivion.  The interests of justice compel a transfer of this case to the Galveston Division of the Southern District of Texas.

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Southern District of Texas, Galveston Division.

ORDERED this 26th day of January 2009.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE